## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 8:15-CV-57 |
| vs. | | ORDER |
| WILLIAM LEE DOUGLAS, II, et al., | | |
| Defendants. | | |

In its order of April 27, 2015 (filing 14), the Court stayed this case as to defendants William Lee Douglas II and Denise K. Douglas, pursuant to NEGenR 1.5(a)(1). The Court will further direct the parties to inform the Court, every 60 days, of the status of the debtors' bankruptcy proceedings.

IT IS ORDERED:

1.  The parties will inform the Court every 60 days, beginning on June 30, 2015, of the status of the debtors' bankruptcy proceedings.

2.  The Clerk of the Court is directed to set a status report deadline of June 30, 2015.

3.  The Clerk of the Court shall provide notice of this order to the debtors through the counsel identified in their Suggestion in Bankruptcy (filing 13).

Dated this 30th day of April, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge