IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15-CV-57 |
| vs. | |
| WILLIAM LEE DOUGLAS, II, et al., | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's Notice of Dismissal (filing 26). Pursuant to that notice, the plaintiff's claims will be dismissed without prejudice. *See* Rule 41(a)(1)(A)(i). The Court notes that the plaintiff is not precluded by the automatic bankruptcy stay from voluntarily dismissing its claims against the defendants, as such a dismissal is not a "continuation" of a proceeding against a debtor within the meaning of 11 U.S.C. § 362(a)(1). *See Dennis v. A.H. Robins Co., Inc.*, 860 F.2d 871, 872 (8th Cir. 1988); *see also O'Donnell v. Vencor Inc.*, 466 F.3d 1104, 1110-11 (9th Cir. 2006).

IT IS ORDERED:

1. The plaintiff's complaint is dismissed without prejudice.

2. This case is closed.

Dated this 2nd day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge